UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
SHERRY LYNNE JOYCE
1020 HILLCREST DRIVE
EDEN, NC  27288

CASE NO. 20-10775
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-8734

DATE:  04/27/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ANDERSON FINANCIAL SVCS LLC<br>LOAN MAX<br>3440 PRESTON RIDGE RD STE 500<br>ALPHARETTA, GA  30005 | $449.51<br>INT: 5.25%<br>NAME ID: 147424<br>CLAIM #: 0013 | (V) VEHICLE-SECURED<br><br>ACCT: 1166<br>COMMENT: 01FORD |
| ASHRO<br>3650 MILWAUKEE ST<br>MADISON, WI  53714-2304 | $0.00<br>INT: 5.25%<br>NAME ID: 144592<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5220<br>COMMENT: |
| ATLANTIC CREDIT INC<br>P O BOX 58570<br>RALEIGH, NC  27658 | $8,177.00<br>INT: 5.25%<br>NAME ID: 183404<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 1548<br>COMMENT: 12JEEP,1120A |
| ATLANTIC CREDIT INC<br>P O BOX 58570<br>RALEIGH, NC  27658 | $0.00<br>INT: .00%<br>NAME ID: 183404<br>CLAIM #: 0014 | (S) SECURED<br>AMENDED<br>ACCT:<br>COMMENT: 1120C/WDRN |
| DUKE ENERGY CAROLINAS<br>550 S TRYON ST<br>CHARLOTTE, NC  28202 | $0.00<br>INT: 5.25%<br>NAME ID: 154878<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: 5.25%<br>NAME ID: 149128<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8734<br>COMMENT: |
| MEGA MINI STORAGE<br>969 WASHINGTON ST<br>EDEN, NC  27288 | $0.00<br>INT: 5.25%<br>NAME ID: 183407<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10775

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $514.52<br>INT: 5.25%<br>NAME ID: 177774<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 0674<br>COMMENT:  CREDIT ONE |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8734<br>COMMENT: |
| N C HOUSING FINANCE AGENCY<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 45097<br>CLAIM #:  0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3390<br>COMMENT:  DT RERP,DIR |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #:  0015 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC ROCKINGHAM HEALTH CARE<br>P O BOX 151<br>EDEN, NC  27289 | $616.40<br>INT: 5.25%<br>NAME ID: 171446<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 0123<br>COMMENT: |
| USDA RURAL HOUSING SERVICE<br>CUSTOMER SERVICE CENTER<br>P O BOX 790190<br>ST LOUIS, MO  63166-0190 | $14,236.00<br>INT: 5.25%<br>NAME ID: 166513<br>CLAIM #:  0005 | (S) SECURED<br><br>ACCT: 0495<br>COMMENT:  DT,RERP,FLPY |
| USDA RURAL HOUSING SERVICE<br>CUSTOMER SERVICE CENTER<br>P O BOX 790190<br>ST LOUIS, MO  63166-0190 | MONTHLY PMT  $198.45<br>INT: .00%<br>NAME ID: 166513<br>CLAIM #:  0016 | (H) ONGOING-SECURED<br><br>ACCT: 0495<br>COMMENT:  ESCROW,CTD EFF NOV20 |
| **TOTAL:** | **$24,243.88** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

 The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

 Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

    Clerk, U.S. Bankruptcy Court
    101 S. Edgeworth Street
    P.O. Box 26100
    Greensboro, NC  27420-6100

 If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  04/27/2021            OFFICE OF THE CHAPTER 13 TRUSTEE

                  By:  /s/  Gayle McFarland
                     Clerk
                     Chapter 13 Office
                     500 W FRIENDLY AVE STE 200
                     P O BOX 1720
                     GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice